Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602-253-8346
mail@ch13bk.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In Re | Chapter 13 |
|---|---|
| ALEX VILLARREAL, | Case No. 2-20-bk-00090 MCW |
| Debtor. | **TRUSTEE'S MOTION TO DENY ENTRY OF DISCHARGE, NOTICE OF DATE TO OBJECT, AND CERTIFICATE OF SERVICE** |

Russell Brown, Chapter 13 Trustee, pursuant to Rule 4004(a), F.R.B.P, objects to the Court entering a discharge in this case should the Plan be completed. The Debtor filed a previous bankruptcy case and received a discharge. The Case Number of the prior Chapter 7 case is 2-18-BK-03817. The petition date in this case was January 05, 2020. Therefore, the Debtor is ineligible for discharge in this case. Section 1328(f)(1).

Given that § 1328(f) is self effectuating, the Trustee asserts that this Motion is more of a notice to the Clerk of the Court. However, the Trustee will submit an order granting this Motion unless an objection is filed by the Debtor by **March 23, 2020**. If an objection to this Motion is filed, the Trustee will set a Court hearing on the matter and notice it out.

*R. Fl*

Rachel Flinn
Russell Brown, Chapter 13 Trustee; 3838 N. Central Ave., Ste. 800, Phoenix, AZ 85012
2020.02.21 11:40:44 -07'00'

CERTIFICATE OF SERVICE

A copy of this Motion was mailed or emailed a copy of the Trustee's Motion For No Entry of Discharge to the Debtor and any attorney for the Debtor:

ALEX VILLARREAL
2006 NORTH 77TH GLEN
PHOENIX, AZ 85035
Debtors

PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4602 E. THOMAS RD., SUITE S-9
PHOENIX, AZ 85028-
tom@nwrelief.com
Attorney for Debtor(s)

*Dawn Smith*
Digitally signed by Dawn Smith
Date: 2020.02.25 11:26:16 -07'00'

_____
Dawn Smith

File under Motions/Applications, Deny (Motion to)