SO ORDERED.

Dated: March 24, 2020



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>ALEX VILLARREAL,<br><br>Debtor. | Chapter 13<br><br>Case No. 2-20-bk-00090 MCW<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR NO ENTRY OF DISCHARGE** |

The Court having reviewed the Chapter 13 Trustee's Motion For No Entry Of Discharge, there being no objection filed to the Motion, and the Motion being proper, it is

ORDERED granting such Motion and the Clerk of the Court is directed to not enter a discharge of the Debtor in this case pursuant to 11 U.S.C. § 1328(f).

ORDER SIGNED ABOVE